IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MILTON ROSS, | : |
| Plaintiff, | : |
| v. | : Case No.: 5:07-cv-123 (CAR) |
| Officer MIKE HURSE and Officer WOODSON, | : |
| Defendants. | : |

*ORDER ON THE MAGISTRATE JUDGE'S RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 12] that Plaintiff's Motion for Issuance of Temporary Restraining Order/Preliminary Injunction [Doc. 8] be denied. No objection has been filed. Having considered the matter, the Court agrees with the conclusions of the United States Magistrate Judge, and the Recommendation [Doc. 12] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**. In accordance with that Recommendation, the motion for temporary restraining order/preliminary injunction is **DENIED**.

**SO ORDERED**, this 24th day of May, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH