IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MILTON ROSS,

        Plaintiff

VS.

NICHOLAS (MIKE) HURSE, *et al.*,

        Defendants

NO. 5:07-CV-123 (CAR)

**PROCEEDINGS UNDER 42 U.S.C. §1983**
**BEFORE THE U. S. MAGISTRATE JUDGE**

## ORDER AND RECOMMENDATION

Before the court is the plaintiff MILTON ROSS' **MOTION FOR SUMMARY JUDGMENT**. Tab #27. Upon reviewing the instant motion, supporting documentation, and the allegations contained therein, it appears to the undersigned that factual issues remain precluding the granting of summary judgment; further factual development is necessary. Accordingly, IT IS RECOMMENDED that plaintiff's motion be DENIED.

In addition, an examination of the record in this proceeding shows that the undersigned has previously inquired as to the party's readiness for trial. Tab #28. As it appears likely at this time that this matter will need to be resolved by trial, both parties are ORDERED to inform the court **ON OR BEFORE AUGUST 22, 2008** of their readiness for trial.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to the above RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO ORDERED AND RECOMMENDED, this 12th day of AUGUST, 2008.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE