THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MILTON ROSS, | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:07-cv-123 (CAR) |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS (MIKE) HURSE, et al. | : | |
| | : | |
| Defendants. | : | |

## *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 52] that Plaintiff's Motion for Summary Judgment be denied. Plaintiff has filed no timely objection to the Recommendation. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. Plaintiff's Motion for Summary Judgment [Doc. 27] is hereby DENIED.

**SO ORDERED**, this 9th day of September, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH