THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MILTON ROSS, : | |
| : | |
| Plaintiff, : | Civil Action |
| : | No. 5:07-cv-123 (CAR) |
| v. : | |
| : | |
| NICHOLAS HURSE and ARTHUR WILSON, : | |
| : | |
| Defendants. : | |
| : | |
| : | |

### ORDER ON THE RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation that Defendants' Motion for Summary Judgment be granted. Plaintiff has filed an Objection to the Recommendation. The Court in turn has reviewed the Objection and has conducted a *de novo* review of the Motion. Upon review of the arguments of the parties and of the evidentiary materials filed by the parties, the Court finds that there are no genuine issues of material fact and that Defendants are entitled to judgment as a matter of law. Accordingly, the Recommendation (Doc. 73) is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**, and Defendants' Motion for Summary Judgment (Doc. 57) is **GRANTED**.

Plaintiff contends in this case that Defendant Hurse violated his constitutional rights by attempting to hire another inmate to harm him after "pill call," and that Defendant Woodson violated his rights by retaliating against him for filing a grievance and filing a lawsuit against officials at the prison. As the Recommendation explains, Plaintiff has failed to state a claim upon which relief may be granted. In his response to the Motion/Objection to the Recommendation, Plaintiff simply

restates the allegations contained his complaint and fails to raise a genuine issue of material fact on either claim. Plaintiff's allegations are fully addressed by the Magistrate Judge in the Recommendation, and this Court agrees that Plaintiff has failed to state a claim. Thus, Defendants are entitled to judgment as a matter of law.

It is **SO ORDERED** this 13th day of March, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SSH